UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

13-CR-60209-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORLANDO CAIRO, JR.,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS

This cause has been referred to the undersigned to take all necessary and proper action as required with respect to any violations of supervised release as to Defendant Orlando Cairo, Jr. (ECF No. 125).

Upon referral from District Judge K. Michael Moore, the matter was set for an evidentiary hearing on the violations to determine probable cause for revocation of supervised release. *See* (ECF No. 126). Before the hearing was conducted, Defendant, through counsel, filed a Notice of Admission to Supervised Release Violations (the "Notice"), indicating that Defendant "admits to violations 1 and 2," which "comprise all of the violations in the Petition." (ECF No. 129 at 1); *see* (ECF No. 120) (Petition for Summons for Offender Under Supervision). Accordingly, an evidentiary hearing is unwarranted.

Upon consideration of the Petition, Notice, and being otherwise apprised of the circumstances, the undersigned respectfully recommends that the Court set the matter for final hearing and accept Defendant's admission of guilt of Violation Nos. 1 and 2 as charged in the Petition.

The parties will have **fourteen days** from the date of service of this Report and

Recommendation to file written objections, if any, for consideration by the District Judge. *See* 28 U.S.C. § 636(b)(1). Failure to timely object waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1 (2023); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985); *Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

RESPECTFULLY SUBMITTED in Chambers in Fort Lauderdale, Florida on January 16, 2024.

                                                 _____
                                                 ALICIA O. VALLE
                                                 UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge K. Michael Moore
    All Counsel of Record